UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ x

GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,

Plaintiff,

v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,

Defendants.

------------------------------------ x

No. CV 12 - 6294

Removed from the Supreme Court of the State of New York, Nassau County, Index No. 12/014496

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bank of America Corporation and Bank of America, N.A. make the following disclosures through their undersigned counsel:

1.  Defendant Bank of America Corporation is a publicly held company, does not have any parent corporation, and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

2.  Defendant Bank of America, N.A. is a National Association and is 100% owned by BANA Holding Corporation. BANA Holding Corporation is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corporation. NB Holdings Corporation is 100% owned by Bank of America Corporation.

Dated: New York, New York
December 20, 2012

DAVIS POLK & WARDWELL LLP

By: _____
Robert F. Wise, Jr.

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-4800
robert.wise@davispolk.com

*Attorney for Defendants Bank of America Corporation and Bank of America, N.A.*

2