Ethan E. Litwin
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
Litwin@hugheshubbard.com
Feder@hugheshubbard.com

*Attorneys for Defendant Portigon AG (f/k/a WestLB AG)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------- x

GEORGE MARAGOS, in his official capacity as the :
COMPTROLLER OF THE COUNTY OF NASSAU, :
acting on behalf of the COUNTY OF NASSAU, :

                          Plaintiff, :

    -against-

BANK OF AMERICA CORPORATION; BANK OF :
AMERICA, N.A.; BANK OF TOKYO MITSUBISHI :
UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, :
INC.; CITIBANK, N.A.; COÖPERATIEVE
CENTRALE RAIFFEISEN-BOERENLEENBANK
B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE
BANK AG; HSBC HOLDINGS PLC; HSBC BANK
PLC; JPMORGAN CHASE & CO.; JPMORGAN
CHASE BANK NATIONAL ASSOCIATION;
LLOYDS BANKING GROUP PLC; HBOS PLC;
ROYAL BANK OF CANADA; THE
NORINCHUKIN BANK; THE ROYAL BANK OF
SCOTLAND GROUP PLC; UBS AG; WESTLB AG;
and WESTDEUTSCHE IMMOBILIENBANK AG;

                LIBOR Defendants,

    -and-

GOLDMAN SACHS MITSUI MARINE
DERIVATIVE PRODUCTS, L.P.; UBS AG; and
MORGAN STANLEY CAPITAL SERVICES INC.,

                Counterparty Defendants,

No.: CV 12- 6294

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

62159075_1

1

-and-

NASSAU COUNTY INTERIM FINANCE
AUTHORITY,
        Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Portigon AG (formerly known as WestLB AG) certifies as follows:

    1. Portigon AG has no parent corporation.

    2. No publicly held corporation owns 10% or more of Portigon AG's stock.

Dated: New York, New York
    December 17, 2012

            Respectfully submitted,

            HUGHES HUBBARD & REED LLP

            By: _____
              Ethan E. Litwin
              Morgan J. Feder
              Litwin@hugheshubbard.com
              Feder@hugheshubbard.com

            One Battery Park Plaza
            New York, New York 10004-1482
            (212) 837-6000

            *Attorneys for Defendant Portigon AG*
            *(f/k/a WestLB AG)*