UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GEORGE MARAGOS, in his official capacity as the
COMPTROLLER OF THE COUNTY OF NASSAU, acting on
behalf of the COUNTY OF NASSAU,

    Plaintiff,

   -against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA,
N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.;
BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK,
N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN –
BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG;
DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC
BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN
CHASE BANK, NATIONAL ASSOCIATION; LLOYDS
BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF
CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK
OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and
WESTDEUTSCHE IMMOBILIENBANK AG,

    LIBOR Defendants,

   -and-

GOLDMAN SACHS MITSUI MARINE DERIVATIVE
PRODUCTS, L.P., UBS AG, and MORGAN STANLEY
CAPITAL SERVICES INC.,

    Counterparty Defendants,

   -and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

    Nominal Defendant,

CV No. 12 - 6294

**RULE 7.1 CORPORATE
DISCLOSURE
STATEMENT OF
DEFENDANTS
CITIGROUP INC., AND
CITIBANK N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

defendants Citigroup Inc. and Citibank N.A. states as follows:

Citigroup Inc., a publicly held corporation, has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Citibank N.A. is wholly owned by Citicorp, which in turn is wholly owned by Citigroup Inc.  Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citibank N.A.

Dated: December 21, 2012

Respectfully submitted,

COVINGTON & BURLING LLP

By: _____
    Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com

Michael R. Lazerwitz
Joon H. Kim
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
mlazerwitz@cgsh.com
jkim@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup, Inc.*

2