UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>                      Plaintiff,<br><br>                      -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>                      LIBOR Defendants,<br><br>                      -and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,<br><br>                      Counterparty Defendants,<br><br>                      -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>                      Nominal Defendant, | No. 12-CV-6294 (ADS)<br><br>ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP, by Moses Silverman, shall appear as counsel for Deutsche Bank AG, defendant in the above-captioned matter.

Dated:  New York, New York
        December 27, 2012

Respectfully submitted,
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By:  <u>/s/ Moses Silverman</u>
     Moses Silverman
     msilverman@paulweiss.com

1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3355
Fax: (212) 492-0355

*Counsel for Defendant Deutsche Bank AG*