UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>      Plaintiff,<br><br>      -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>      LIBOR Defendants,<br><br>      -and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,<br><br>      Counterparty Defendants,<br><br>      -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>      Nominal Defendant, | No. 12-cv-06294-ADS-WDW<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that ERIC J. STOCK of the law firm of Hogan Lovells US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for

defendants Lloyds Banking Group plc and HBOS plc in this action and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

| | |
|---|---|
| Dated: New York, New York<br>December 27, 2012 | HOGAN LOVELLS US LLP<br><br>        /s/ Eric J. Stock        <br>Eric J. Stock<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>eric.stock@hoganlovells.com<br><br>*Attorneys for Lloyds Banking Group plc and HBOS plc* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: December 27, 2012                          /s/ Eric J. Stock
                                                                      Eric J. Stock