UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>                Plaintiff,<br><br>                -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>                LIBOR Defendants,<br><br>                -and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,<br><br>                Counterparty Defendants,<br><br>                -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>                Nominal Defendant, | No. 12-cv-06294-ADS-WDW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS LLOYDS BANKING GROUP PLC AND HBOS PLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Lloyds Banking Group plc and HBOS plc certifies as follows:

1.       Lloyds Banking Group plc, a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

2.       HBOS plc is a wholly owned subsidiary of Lloyds Banking Group plc, a publicly held corporation that owns, directly or indirectly, 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>December 27, 2012 | HOGAN LOVELLS US LLP<br><br>          /s/ Marc J. Gottridge         <br>Marc J. Gottridge<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br><br>*Attorneys for Lloyds Banking Group plc and HBOS plc* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: December 27, 2012                                    /s/ Marc J. Gottridge
                                                                              Marc J. Gottridge