**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>        Plaintiff,<br><br>        -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>        LIBOR Defendants,<br><br>        -and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,<br><br>        Counterparty Defendants,<br><br>        -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>        Nominal Defendant, | No. 12 Civ. 6294 (ADS)(WDW)<br><br>Removed from the Supreme Court of the State of New York, Nassau County, Index No. 12/014496 |

## <u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barclays Bank PLC, by and through the undersigned counsel, certifies as follows:

Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

Dated: December 27, 2012
      New York, New York

                       /s/ Matthew S. Fitzwater
                David H. Braff
                Yvonne S. Quinn
                Jeffrey T. Scott
                Matthew S. Fitzwater
                Matthew J. Porpora
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York  10004
                Telephone:  (212) 558-4000
                Facsimile:  (212) 558-3588

                *Counsel for Barclays Bank PLC*