UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,

        Plaintiff,

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,

        LIBOR Defendants,

-and-

GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,

        Counterparty Defendants,

-and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

        Nominal Defendant,

---

No. 12 Civ. 6294 (ADS)(WDW)

Removed from the Supreme Court of the State of New York, Nassau County, Index No. 12/014496

**CONSENT TO NOTICE OF REMOVAL**

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE THAT the undersigned defendants, The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC, Coöperatieve Centrale Raiffeisen–Boerenleenbank B.A., Credit Suisse Group AG, Deutsche Bank AG, Lloyds Banking Group PLC, HBOS PLC, Royal Bank of Canada, The Norinchukin Bank, The Royal Bank of Scotland Group PLC, and UBS AG, by their undersigned counsel, without waiving any rights or defenses, including specifically defenses and objections to venue, personal jurisdiction, service and arbitrability, consent to the Notice of Removal in this action, originally commenced in the Supreme Court of the State of New York, Nassau County, Index No. 014496/2012, filed on December 21, 2012, by defendants Bank of America Corporation, Bank of America, N.A., Citigroup, Inc., Citibank, N.A., JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, and WestLB AG (now known as Portigon AG), for the reasons set forth therein.

Dated:   New York, New York
         December 27, 2012

                                    Respectfully submitted,

                                    *Daryl A. Libow* /MRG
                                    Daryl A. Libow
                                    Christopher M. Viapiano
                                    SULLIVAN & CROMWELL LLP
                                    1701 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20006
                                    libowd@sullcrom.com
                                    viapianoc@sullcrom.com
                                    Telephone: (202) 956-7500

                                    *Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

*David H. Braff* /MRG
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
Telephone: (212) 558-4000

Jonathan D. Schiller
Robert B. Silver
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
jschiller@bsfllp.com
rsilver@bsfllp.com
Telephone: (212) 446-2300

*Attorneys for Defendant Barclays Bank PLC*


*David R. Gelfand* / MKG
David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
dgelfand@milbank.com
smurphy@milbank.com
Telephone: (212) 530-5000

*Attorneys for Defendant Coöperatieve Centrale*
*Raiffeisen-Boerenleenbank B.A.*

4

*Herbert S. Washer* /MRG
_____
Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
Telephone: (212) 701-3000

*Attorneys for Defendant Credit Suisse Group AG*

_Moses Silverman / MRG_
Moses Silverman
Andrew C. Finch
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
msilverman@paulweiss.com
afinch@paulweiss.com
Telephone: (212) 373-3355

*Attorneys for Defendant Deutsche Bank AG*

*Marc J. Gottridge/MJG* (signature)

Marc J. Gottridge
Eric J. Stock
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
marc.gottridge@hoganlovells.com
eric.stock@hoganlovells.com
Telephone: (212) 918-3000

*Attorneys for Defendant Lloyds Banking Group plc and HBOS plc*

_Arthur W. Hahn_/MRG
Arthur W. Hahn
Christian T. Kemnitz
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com
Telephone: (312) 902-5200

*Attorneys for Defendant Royal Bank of Canada*


_Andrew W. Stern_ /MKG
Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300

*Attorneys for Defendant The Norinchukin Bank*

9

*Robert G. Houck / MRG*
Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, NY 10019
Tel: (212) 878-8000
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

10

_Peter Sullivan / MRG_
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
psullivan@gibsondunn.com
lzweifach@gibsondunn.com
Telephone: (212) 351-4000

*Attorneys for Defendant UBS AG*

11