UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>Plaintiff,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>LIBOR Defendants,<br><br>-and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,<br><br>Counterparty Defendants,<br><br>-and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>Nominal Defendant, | No. 12 Civ. 6294 (ADS)(WDW)<br><br>Removed from the Supreme Court of the State of New York, Nassau County, Index No. 12/014496<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, MATTHEW J. PORPORA, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the

bar of this Court, hereby appears as counsel for Barclays Bank PLC, a defendant in this case.

This entry of appearance is subject to and without waiving any applicable defenses.

Dated:  December 27, 2012
         New York, New York

          /s/ Matthew J. Porpora
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
porporam@sullcrom.com
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588

*Attorney for Barclays Bank PLC*