SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------------------X
GEORGE MARAGOS, in his official capacity as the
COMPTROLLER OF THE COUNTY OF NASSAU,
acting on behalf of the COUNTY OF NASSAU,

                                                        Plaintiff,                  Index No.: 12-cv-06294

          -against-                                    **NOTICE OF APPEARANCE**

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,

                                    LIBOR Defendants,

                         -and-

GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P. and UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,

                                    Counterparty Defendants,

                         -and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

                                   Nominal Defendant.
------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT** LEVENTHAL, CURSIO, MULLANEY & SLINEY,

LLP hereby appears in the above entitled action on behalf of GEORGE MARAGOS, in his

official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU, and that all notices and pleadings given or required to be given in this case be given to and served upon:

> Christine H. Price
> Leventhal, Cursio, Mullaney & Sliney, LLP
> 15 Remsen Avenue
> Roslyn, New York 11576
> (516) 484-5440, ext. 100
> cprice@lcmslaw.com

Dated:  Roslyn, New York
        January 2, 2013

        LEVENTHAL, CURSIO, MULLANEY
          & SLINEY, LLP
Attorneys for Plaintiff
GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU


By: /s/ Christine H. Price
Christine H. Price
15 Remsen Avenue
Roslyn, New York 11576
(516) 484-5440