UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>                Plaintiff,<br><br>                -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAY'S BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>                LIBOR Defendants,<br><br>                -and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P.; UBS AG; and MORGAN STANLEY CAPITAL SERVICES, INC.<br><br>                Counterparty Defendants,<br><br>                -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>                Nominal Defendant. | No.: 2:12-cv-06294<br><br>Judge Arthur D. Spatt |

------------------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local

Rules of the United States District Court for the Eastern District of New York, the undersigned

counsel of record for Defendant The Norinchukin Bank ("Norinchukin") certifies that Norinchukin has no parent corporation and that no publicly-held company owns 10% or more of Norinchukin stock.

Dated:  January 2, 2013

Respectfully submitted,

/s/ Andrew W. Stern

Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
astern@sidley.com

*Attorneys for Defendant*
*The Norinchukin Bank*