UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GEORGE MARAGOS, in his official capacity as the
COMPTROLLER OF THE COUNTY OF NASSAU, acting on
behalf of the COUNTY OF NASSAU,

                Plaintiff,

                -against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA,
N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.;
BARCLAY'S BANK PLC; CITIGROUP, INC.; CITIBANK,      No.: 2:12-cv-06294
N.A.; COÖPERATIVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG;      Judge Arthur D. Spatt
DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC
BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE
BANK, NATIONAL ASSOCIATION; LLOYDS BANKING
GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA;
THE NORINCHUKIN BANK; THE ROYAL BANK OF
SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and
WESTDEUTSCHE IMMOBILIENBANK AG,

                LIBOR Defendants,

                -and-

GOLDMAN SACHS MITSUI MARINE DERIVATIVE
PRODUCTS, L.P.; UBS AG; and MORGAN STANLEY
CAPITAL SERVICES, INC.

                Counterparty Defendants,

                -and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

                Nominal Defendant.
-------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New

York 10019, by Alan M. Unger, hereby enters its appearance as counsel of record in the above-

captioned action for and on behalf of defendant The Norinchukin Bank. The Clerk of this Court

2

is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
       January 2, 2013

        SIDLEY AUSTIN LLP

By: /s/ Alan M. Unger
    Alan M. Unger (aunger@sidley.com)
    787 Seventh Avenue
    New York, New York  10019
    (212) 839-5300

*Attorneys for Defendant*
*The Norinchukin Bank*