UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,

           Plaintiff,

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAY'S BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,

           LIBOR Defendants,

-and-

GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P.; UBS AG; and MORGAN STANLEY CAPITAL SERVICES, INC.

           Counterparty Defendants,

-and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

           Nominal Defendant.

------------------------------------------------------------------------------X

No.: 2:12-cv-06294

Judge Arthur D. Spatt

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Tom A. Paskowitz, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of defendant The Norinchukin Bank. The Clerk of this

Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
January 2, 2013

                              SIDLEY AUSTIN LLP

                          By:  /s/ Tom A. Paskowitz
                                  Tom A. Paskowitz
                                  (tpaskowitz@sidley.com)
                                  787 Seventh Avenue
                                  New York, New York  10019
                                  (212) 839-5300

                                  *Attorneys for Defendant*
                                  *The Norinchukin Bank*