UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,

Plaintiff,

– against –

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,

LIBOR Defendants,

– and –

GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,

Counterparty Defendants,

– and –

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

Nominal Defendant.

No. 12-CV-6294 (ADS)(WDW)

**CERTIFICATE OF SERVICE**

---

1506-018/00117436.DOCXv

      On January 2, 2013, I caused true and correct copies of the so-ordered Stipulation for Extension of Time for Defendants Goldman Sachs Mitsui Marine Derivative Products, L.P. and Morgan Stanley Capital Services, Inc.to answer, move, or otherwise respond to the Complaint in the above-captioned action to be served on the parties identified in the annexed Service List by facsimile.

Dated:   New York, New York
           January 2, 2013

                                               /s/ Scott D. Thomson
                                               Scott D. Thomson

## SERVICE LIST

Steven G. Leventhal
LEVENTHAL CURSIO MULLANEY & SLINEY LLP
15 Remsen Avenue
Roslyn, NY 11576
*Attorneys for Plaintiff*

Robert F. Wise, Jr.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

Thomas C. Rice
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

Robert G. Houck
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, NY 10019
*Attorneys for Defendant The Royal Bank of Scotland Group plc*

Ethan E. Litwin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
*Attorneys for Defendant Portigon AG (formerly known as WestLB AG)*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Attorneys for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

David H. Braff
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Jonathan D. Schiller
BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

*Attorneys for Barclays Bank PLC*

David R. Gelfand
MILBANK TWEED HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
*Attorneys for Defendant Credit Suisse Group AG*

Moses Silverman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
*Attorneys for Defendant Deutsche Bank AG*

Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281

*Attorneys for Defendant HSBC Holdings plc and HSBC Bank plc*

Marc J. Gottridge
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Defendants Lloyds Banking Group and HBOS PLC*

Arthur W. Hahn
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
*Attorneys for Defendant Royal Bank of Canada*

Andrew W. Stern
SIDLEY AUSTIN LLP

787 Seventh Avenue
New York, New York 10019
*Attorneys for Defendant The Norinchukin Bank*

Peter Sullivan
GIBSON DUNN LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Defendant UBS AG*