UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>                Plaintiff,<br><br>            -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>                LIBOR Defendants,<br><br>            -and-<br><br>GOLDMAN SACHS MITSUI MARINE DERIVATIVE PRODUCTS, L.P., UBS AG, and MORGAN STANLEY CAPITAL SERVICES INC.,<br><br>                Counterparty Defendants,<br><br>            -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>                Nominal Defendant, | 12 Civ 6294 (ADS)<br><br><br><br><br><br><br><br>**RULE 7.1 DISCLOSURE** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant **The Royal Bank of Scotland Group plc** makes the following disclosures through its undersigned counsel:

Defendant The Royal Bank of Scotland Group plc is a publicly traded company organized under the laws of Scotland.  No publicly held corporation owns 10% or more of its stock.

Dated: New York, New York

      January 8, 2013

CLIFFORD CHANCE US LLP

By:  S/_____
     Robert G. Houck

Clifford Chance US LLP
31 West 52nd St.
New York, NY 10019
(212) 878-8000
robert.houck@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*