

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
GEORGE MARAGOS, in his official capacity as the
COMPTROLLER OF THE COUNTY OF NASSAU,
acting on behalf of the COUNTY OF NASSAU,

          No.: 12-CV-6294 (ADS)

          Plaintiff,

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA,
N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS
BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.;
COÖPERATIEVE CENTRALE RAIFFEISEN -
BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG;
DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK
PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC;
HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN
BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS
AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK
AG,

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT**
**TO F.R.C.P. 41(a)(A)(i)**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★    ... 15 2013    ★

LONG ISLAND OFFICE

          LIBOR Defendants,

-and-

GOLDMAN SACHS MITSUI MARINE DERIVATIVE
PRODUCTS, L.P., UBS AG, and MORGAN STANLEY
CAPITAL SERVICES INC.

          Counterparty Defendants,

-and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

          Nominal Defendant.
---------------------------------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., the plaintiff hereby voluntarily dismisses this action against the following named defendants only:

Goldman Sachs Mitsui Marine Derivative Products, L.P.

Morgan Stanley Capital Services Inc.

The Royal Bank of Scotland Group PLC

Westdeutsche Immobilienbank AG

WestLB AG

Dated: Roslyn, New York
January 14, 2013

> LEVENTHAL, CURSIO, MULLANEY,
> & SLINEY, LLP
> Attorneys for Plaintiff
>
> By: ___/s/___
> Steven G. Leventhal, Esq.
> 15 Remsen Avenue
> Roslyn, New York 11576
> (516) 484-5440

*The plaintiff is directed to resubmit this notice with a proposed amended caption. So ordered.*

s/ Arthur D. Spatt

*Arthur D. Spatt U.S.D.J.*

*1/15/13*