UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X
GEORGE MARAGOS, in his official capacity as the
COMPTROLLER OF THE COUNTY OF NASSAU,
acting on behalf of the COUNTY OF NASSAU,      No.: 12-CV-6294 (ADS)

                                             Plaintiff,

                -against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA,     NOTICE OF MOTION
N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS     TO REMAND
BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.;
COÖPERATIEVE CENTRALE RAIFFEISEN -
BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG;
DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK
PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC;
HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN
BANK; and UBS AG,

                                   LIBOR Defendants,
                -and-
UBS AG,

                                 Counterparty Defendant,
                -and-

NASSAU COUNTY INTERIM FINANCE AUTHORITY,

                                 Nominal Defendant.
---------------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the annexed affirmation of Steven G. Leventhal, Esq., dated January 22, 2013, with the exhibit annexed thereto, and upon the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, Plaintiff will move this Court, before the Honorable Arthur D. Spatt, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, for an Order pursuant to 28 U.S.C. §1447(c) remanding this case to the Supreme Court of the State of New York, County of Nassau, on the grounds that

this Court lacks subject matter jurisdiction under 12 U.S.C. §632, or under 28 U.S.C. §1330, and granting such other and further relief as this Court may deem just and proper.

Dated: Roslyn, New York
      January 22, 2013

                    LEVENTHAL, CURSIO, MULLANEY
                        & SLINEY, LLP
                    Attorneys for Plaintiff


                  By_____/s/_____
                      Steven G. Leventhal
                15 Remsen Avenue
                Roslyn, New York 11576
                (516) 484-5440