UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GEORGE MARAGOS, in his official capacity
as the Comptroller of the County of Nassau,
acting on behalf of the County of Nassau,

                                              Plaintiff,        **ORDER**
                                                                             12-cv-6294 (ADS)(WDW)
    -against-

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., BANK OF
TOKYO MITSUBISHI, UFJ LTD,
BARCLAYS BANK PLC, CITIGROUP, INC.,
CITIBANK, N.A., COOPERATIEVE
CENTRALE RAIFFEISEN
BOERENLEENBANK B.A., CREDIT SUISSE
GROUP AG, DEUTSCHE BANK AG, HSBC
HOLDINGS PLC, HSBC BANK PLC, JP
MORGAN CHASE & CO.,  JPMORGAN
CHASE BANK, LLOYDS BANKING GROUP
PLC, HBOS PLC, ROYAL BANK OF
CANADA, THE NORINCHUKIN BANK,
AND UBS AG,

                                              Defendants.
----------------------------------------------------------X

**SPATT, District Judge.**

     I hereby recuse myself from the above-captioned case due to an attorney conflict.  The Plaintiff's Motion to Remand (Docket Entry No. 51) is hereby dismissed without prejudice, with leave to refile in accordance with the individual motion practices of the newly assigned United States District Judge.

**SO ORDERED.**

Dated:  Central Islip, New York
January 29, 2013

                                                             ___*/s/ Arthur D. Spatt*___
                                                              ARTHUR D. SPATT
                                                       United States District Judge