UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARAGOS, in his official capacity as the COMPTROLLER OF THE COUNTY OF NASSAU, acting on behalf of the COUNTY OF NASSAU,<br><br>                      Plaintiff,<br><br>                    -against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; and UBS AG,<br><br>                    LIBOR Defendants,<br><br>                    -and-<br><br>UBS AG,<br><br>                    Counterparty Defendant,<br><br>                    -and-<br><br>NASSAU COUNTY INTERIM FINANCE AUTHORITY,<br><br>                  Nominal Defendant. | No. 12-CV-6294<br>(JS)(WDW)<br><br>**NOTICE OF CROSS MOTION TO STAY** |

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Andrew A. Ruffino dated February 22, 2013 and the exhibits thereto and their Memorandum of Law dated February 22, 2013, Defendants Bank of America Corporation, Bank of America, N.A., Citigroup, Inc., Citibank N.A., JPMorgan Chase & Co., and JPMorgan Chase Bank, National

Association will move this Court, before the Honorable Judge Joanna Seybert, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York as soon as counsel may be heard, for an order (a) staying proceedings in this action pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on Plaintiff's motion asking the JPML to vacate the previously entered Conditional Transfer Order that provided for this action to be included in the MDL proceeding entitled *In Re: Libor-Based Financial Instruments Antitrust Litigation*, 1:2011-md-2262 (MDL) and transferred to the Southern District of New York and (b) granting such other and further relief as the Court may deem just and proper.

Dated:    February 22, 2013
          New York, New York

                                                  Respectfully submitted,

                                                  <u>s/ Robert F. Wise, Jr.*</u>
                                                  Robert F. Wise, Jr.
                                                  Arthur J. Burke
                                                  Paul S. Mishkin
                                                  DAVIS POLK & WARDWELL LLP
                                                  450 Lexington Avenue
                                                  New York, NY 10017
                                                  Tel: (212) 450-4000
                                                  robert.wise@davispolk.com
                                                  arthur.burke@davispolk.com
                                                  paul.mishkin@davispolk.com

                                                  *Attorneys for Defendants Bank of America*
                                                  *Corporation and Bank of America, N.A.*

\* Consent for Signature Obtained

        s/ Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
David J. Shaw
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com

Michael R. Lazerwitz
Joon H. Kim
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
mlazerwitz@cgsh.com
jkim@cgsh.com

*Attorneys for Defendants Citibank, N.A. and Citigroup, Inc.*


        s/ Thomas C. Rice*
Thomas C. Rice
Juan A. Arteaga
Joan E. Flaherty
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
trice@stblaw.com
jarteaga@stblaw.com
jflaherty@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

\* Consent for Signature Obtained

3